UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES R. COWART, JR.                                                    PETITIONER

V.                                              CIVIL ACTION NO. 3:06CV671 DPJ-JCS

JACQUELYN BANKS, ET AL.                                               RESPONDENTS

<u>JUDGMENT</u>

Having fully reviewed the Report and Recommendation of the United States Magistrate

Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds

that the same entire action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby

entered in favor of the defendants, and that this action is dismissed with  prejudice.

**SO ORDERED AND ADJUDGED** this the 15th day of August, 2007.

*s/ Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE